IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil No. 5:15-CV-34-RLV-DSC

BRUCE GELTMAN, an individual,    )
and ST. JUDE MEDICAL S.C.,       )
INC.,                            )
                                 )
        Plaintiffs,              )
                                 )          **ORDER**
vs.                              )
                                 )
BIOSENSE WEBSTER, INC.,          )
                                 )
        Defendant.               )
_____)

   **THIS MATTER** is before the Court on the "Application[s] for

Admission Pro Hac Vice [for James A. Gale and Todd M. Malynn]"

(documents ## 7 and 8). For the reasons stated therein, the Motions

are <u>granted</u>.

   **SO ORDERED.**

                    Signed: April 13, 2015


                    _____
                    David S. Cayer
                    United States Magistrate Judge