```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                          STATESVILLE DIVISION
                       Civil No. 5:15-CV-34-RLV-DSC
```

BRUCE GELTMAN, an individual,    )
and ST. JUDE MEDICAL S.C.,       )
INC.,                            )
                                 )
        Plaintiffs,               )
                                 )            **ORDER**
vs.                              )
                                 )
BIOSENSE WEBSTER, INC.,          )
                                 )
        Defendant.                )
                                 )

**THIS MATTER** is before the Court on the "Application for Admission Pro Hac Vice [for Gregory L. Hillyer]" (document #11). For the reasons stated therein, the Motion is <u>granted</u>.

**SO ORDERED.**

_____
David S. Cayer
United States Magistrate Judge