IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil No. 5:15-CV-34-RLV-DSC

| | |
|---|---|
| BRUCE GELTMAN, an individual, and ST. JUDE MEDICAL S.C., INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BIOSENSE WEBSTER, INC., <br><br> Defendant. | **ORDER** |

**THIS MATTER** is before the Court on the "Application[s] for Admission Pro Hac Vice [for Esther K. Ro and Robert Jon Hendricks]" (documents ## 16 and 17). For the reasons stated therein, the Motions are <u>granted</u>.

**SO ORDERED.**

Signed: April 30, 2015

David S. Cayer
United States Magistrate Judge